<u>ORAL ARGUMENT NOT YET SCHEDULED</u>

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| **CENTER FOR BIOLOGICAL DIVERSITY, ET AL.,**<br><br>　　　　　　　　　　　　Petitioners,<br><br>　　v.<br><br>**U.S. ENVIRONMENTAL PROTECTION AGENCY, ET AL.,**<br><br>　　　　　　　　　　　　Respondents. | No. 23-1019 (consolidated with 23-1020) |

**JOINT MOTION FOR VOLUNTARY DISMISSAL**

Pursuant to Federal Rule of Appellate Procedure 42(b) and D.C. Circuit Rule 27(g), Petitioners and Respondents, (collectively, "the Parties") hereby move for voluntary dismissal of the petitions in these consolidated cases, with each party to bear its own costs and fees. The Parties submit this motion in lieu of a further motion to govern future proceedings, due August 14, 2023 under the Court's August 11, 2023 order (Doc. # 2012061). All Petitioners from the consolidated cases are joining in this motion. They are: the States of California, Connecticut, Illinois, Maryland, New Jersey, New York, Oregon, Vermont, and Washington, and the Commonwealths of

1

Massachusetts and Pennsylvania (State Petitioners), and Center for Biological Diversity, Friends of the Earth, and Sierra Club (Environmental Petitioners). In support of this motion, the Parties state:

1.   These consolidated case seek judicial review of an EPA action to revise particulate matter (PM) emission standards for commercial aircraft entitled: "Control of Air Pollution from Aircraft Engines: Emission Standards and Test Procedures," 87 Fed. Reg. 72,312 (Aircraft PM Rule). The Parties here are all parties to a separate pair of consolidated petitions seeking judicial review of a previous EPA action to adopt greenhouse gas (GHG) emission standards for commercial aircraft entitled: "Control of Air Pollution from Aircraft Engines: Emission Standards and Test Procedures," 86 Fed. Reg. 2136 (Jan. 11, 2021) (Aircraft GHG Rule).  Given the overlapping questions of law and similar arguments in both sets of petitions, these cases have been held in abeyance pending decision on the Aircraft GHG Rule per the Court's order of February 7, 2023.

2.   This Court denied the petitions seeking review of the Aircraft GHG Rule on June 30, 2023, in *California v. EPA*, No. 21-1018.

3.   The Parties have conferred with Movant-Intervenor for Respondent Aerospace Industries Association of America, Inc., which does not object to voluntary dismissal.

2

For the foregoing reasons, the Parties request that the Court grant this motion to voluntarily dismiss these consolidated Petitions for Review, with each party to bear its own costs and fees.

Dated: August 11, 2023

Respectfully submitted,

FOR THE STATE OF CALIFORNIA

ROB BONTA
Attorney General of California
ROBERT W. BYRNE
EDWARD H. OCHOA
Senior Assistant Attorneys General
MICHAEL P. CAYABAN
CHRISTIE VOSBURG
Supervising Deputy Attorneys General

*/s/ Theodore McCombs*
THEODORE A. MCCOMBS
Deputy Attorney General
*Attorneys for State of California, by and through Attorney General Rob Bonta and the California Air Resources Board*

| | |
|---|---|
| FOR THE STATE OF CONNECTICUT<br><br>WILLIAM TONG<br>Attorney General<br><br>/s/ *Daniel M. Salton*<br>Daniel M. Salton<br>Assistant Attorney General<br>Office of the Attorney General<br>165 Capitol Ave.,<br>Hartford, CT 06106<br>(860) 808-5250<br>daniel.salton@ct.gov | FOR THE STATE OF ILLINOIS<br><br>KWAME RAOUL<br>Attorney General<br><br>/s/ *Elizabeth Dubats*<br>Elizabeth Dubats<br>Assistant Attorney General<br>Matthew J. Dunn<br>Chief, Environmental Enforcement<br>Asbestos Litigation Division<br>Jason E. James<br>Assistant Attorney General<br>201 West Pointe Drive, Suite 7<br>Belleville, IL 62226<br>(872) 276-3583<br>Elizabeth.dubats@ilag.gov |
| FOR THE STATE OF MARYLAND<br><br>ANTHONY G. BROWN<br>Attorney General<br><br>/s/ *Joshua M. Segal*<br>Joshua M. Segal<br>Special Assistant Attorney General<br>Office of the Attorney General<br>200 St. Paul Place<br>Baltimore, MD 21202<br>(410) 576-6446<br>jsegal@oag.state.md.us | FOR THE COMMONWEALTH OF MASSACHUSETTS<br><br>ANDREA JOY CAMPBELL<br>Attorney General<br><br>/s/ *Turner Smith*<br>Turner Smith<br>Deputy Chief & Assistant Attorney General<br>Environmental Protection Division<br>Office of the Attorney General<br>One Ashburton Place, 18th Fl.<br>Boston, MA 02108<br>(617) 727-2200<br>Turner.Smith@mass.gov |

| | |
|---|---|
| FOR THE STATE OF NEW JERSEY<br><br>MATTHEW J. PLATKIN<br>Attorney General<br><br>/s/ *Lisa J. Morelli*<br>Lisa J. Morelli<br>Deputy Attorney General<br>New Jersey Division of Law<br>25 Market Street<br>Trenton, New Jersey 08625<br>(609) 376-2740<br>Lisa.Morelli@law.njoag.gov | FOR THE STATE OF NEW YORK<br><br>LETITIA JAMES<br>Attorney General<br><br>/s/ *Gavin G. McCabe*<br>Gavin G. McCabe<br>Assistant Attorney General<br>Judith N. Vale<br>Deputy Solicitor General<br>Office of the Attorney General<br>28 Liberty Street, 19th Floor<br>New York, NY 10005<br>(212) 416-8459<br>Gavin.McCabe@ag.ny.gov |
| FOR THE STATE OF OREGON<br><br>ELLEN F. ROSENBLUM<br>Attorney General<br><br>/s/ *Paul Garrahan*<br>Paul Garrahan<br>Attorney-in-Charge<br>Steve Novick<br>Special Assistant Attorney General<br>Natural Resources Section<br>Oregon Department of Justice<br>1162 Court Street NE<br>Salem, OR 97301-4096<br>(503) 947-4593<br>paul.garrahan@doj.state.or.us | FOR THE COMMONWEALTH OF PENNSYLVANIA<br><br>MICHELLE A. HENRY<br>Attorney General<br><br>/s/ *Ann R. Johnston*<br>Ann R. Johnston<br>Senior Deputy Attorney General<br>Pennsylvania Office of Attorney General<br>Strawberry Square, 16th Floor<br>Harrisburg, PA 17120<br>(717) 705-6938<br>ajohnston@attorneygeneral.gov |

FOR THE STATE OF VERMONT

CHARITY R. CLARK
Attorney General of Vermont

/s/ *Nicholas F. Persampieri*
Nicholas F. Persampieri
Assistant Attorney General
Office of the Attorney General
109 State Street
Montpelier, VT 05609
(802) 828-3171
nick.persampieri@vermont.gov

FOR THE STATE OF WASHINGTON

ROBERT W. FERGUSON
Attorney General

/s/ *Christopher H. Reitz*
Christopher H. Reitz
Alexandria Doolittle
Assistant Attorneys General
Office of the Attorney General
P.O. Box 40117
Olympia, WA 98504-0117
(360) 586-4614
chris.reitz@atg.wa.gov


/s/ *Sarah H. Burt*
Sarah H. Burt
Mae Manupipatpong
EARTHJUSTICE
50 California Street, Suite 500
San Francisco, CA 94111
Tel: (415) 217-2000
sburt@earthjustice.org
mmanupipatpong@earthjustice.org

*Counsel for Sierra Club and Friends of the Earth*

*/s/ Elizabeth Jones*
Elizabeth A. Jones
Scott Hochberg
CENTER FOR BIOLOGICAL DIVERSITY
1212 Broadway, Suite 800
Oakland, CA 94612
Tel: (310) 365-9281
ljones@biologicaldiversity.org

*Counsel for Center for Biological Diversity*

6

/s/*Vera Pardee*
VERA PARDEE
Law Office of Vera Pardee
726 Euclid Avenue
Berkeley, CA 94708
Tel: (858) 717-1448
pardeelaw@gmail.com

*Counsel for Sierra Club*


TODD KIM
*Assistant Attorney General*

/s/ *Chloe H. Kolman*
CHLOE H. KOLMAN
U.S. Department of Justice
Environmental Defense Section
P.O. Box 7611
Washington, D.C. 20044
(202) 514-9277
chloe.kolman@usdoj.gov

## CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing Joint Motion for Voluntary Dismissal contains 336 words and was composed in Times New Roman font, 14-point. The motion complies with applicable type-volume, typeface, and type-style requirements.

*/s/ Theodore McCombs*
Theodore McCombs

Deputy Attorney General for
State of California

Dated: August 11, 2023

## CERTIFICATE OF SERVICE

| Case Name: | **Center for Biological Diversity et al v. EPA, et al** | No. | **23-1019** |

I hereby certify that on <u>August 11, 2023</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

## JOINT MOTION FOR VOLUNTARY DISMISSAL

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ Theodore McCombs*
Theodore McCombs

Deputy Attorney General for
State of California

Dated: August 11, 2023