# United States Court of Appeals

**For The District of Columbia Circuit**

_____

**No. 23-1019**  **September Term, 2022**

EPA-87FR72312

**Filed On:** August 17, 2023

Center for Biological Diversity, et al.,

    Petitioners

    v.

Environmental Protection Agency and
Michael S. Regan, Administrator, U.S.
Environmental Protection Agency,

    Respondents

------------------------------

Consolidated with 23-1020

## O R D E R

Upon consideration of the joint motion for voluntary dismissal, it is

**ORDERED** that the motion be granted and these consolidated cases be dismissed.

The Clerk is directed to issue the mandates forthwith to the agency.

    **FOR THE COURT:**
    Mark J. Langer, Clerk

    BY:   /s/
           Emily Campbell
           Deputy Clerk