# United States Court of Appeals
### For The District of Columbia Circuit

_____

**No. 23-1019**  September Term, 2022

EPA-87FR72312

Filed On: February 7, 2023 [1984899]

Center for Biological Diversity, et al.,

    Petitioners

    v.

Environmental Protection Agency and
Michael S. Regan, Administrator, U.S.
Environmental Protection Agency,

    Respondents

------------------------------

Consolidated with 23-1020

## O R D E R

Upon consideration of the unopposed motion to hold case in abeyance, it is

**ORDERED** that the motion be granted, and these consolidated cases are hereby held in abeyance pending further order of the court.

The parties are directed to file motions to govern future proceedings in these consolidated cases within 30 days of this court's disposition of No. 21-1018, et al., <u>State of California v. EPA</u> (argued Oct. 6, 2022).

                                    **FOR THE COURT:**
                                    Mark J. Langer, Clerk

                  BY:    /s/
                               Catherine J. Lavender
                               Deputy Clerk